**Opinion filed June 25, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00072-CV

_____

## CAROL J. MORRIS, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 238th District Court**

**Midland County, Texas**

**Trial Court Cause No. CV-46,715**

### M E M O R A N D U M   O P I N I O N

In this case, Carol J. Morris perfected an appeal from a final judgment and permanent injunction entered by the trial court on March 2, 2009, to abate a nuisance located on real property owned by Morris and located at 210 S. Lee St., Midland, Texas. Morris has now filed in this court a "Motion for State Court to Terminate Its Jurisdiction Over the Permanent Injunction." In the motion, Morris states that she has filed a complaint in the United States District Court and, consequently, requests the following relief: "Morris prays this Eleventh District Court of Appeals, terminate its jurisdiction over the permanent injunction, filed March 2, 2009 . . . and all other

equitable relief to which she is justly entitled." Morris's request for this court to terminate our jurisdiction is granted.

The motion is granted in part, and the appeal is dismissed.

PER CURIAM

June 25, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.